## BUSH v. THE STATE.
(Decided June 17, 1915.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

BROWN, J.—Appeal dismissed on authority of *Cameron v. State, infra,* 69 South. 400.

## PRUETT v. THE STATE.
(Decided June 17, 1915.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

BROWN, J.—Appeal dismissed on motion of Attorney General on the authority of *Cameron v. State, infra,* 69 South. 400.

## RICHARDS v. THE STATE.
(Decided June 17, 1915.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

THOMAS, J.—Appeal dismissed on authority of *Trautwine v. State, infra,* 69 South. 399.